IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES LAFORGE,[1] | § | |
| | § | No. 335, 2017 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DIVISION OF FAMILY | § | File No. 16-10-3TK |
| SERVICES, | § | Petition No. 16-33923 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: May 2, 2018
Decided: May 8, 2018

Before **VAUGHN**, **SEITZ** and **TRAYNOR**, Justices.

# **O R D E R**

This 8th day of May 2018, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its July 19, 2017 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be AFFIRMED

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] In accordance with Del. Sup. Ct. R. 7(d), the Court has assigned a pseudonym to the Appellant.